# EXHIBIT A

STATE OF MINNESOTA

COUNTY OF MOWER

DISTRICT COURT

THIRD JUDICIAL DISTRICT
Case Type: Personal Injury

---

McFarland Truck Lines, Inc.

Plaintiff,

vs.

Pilot Travel Centers LLC,

Defendant.

Court File No. _____

**COMPLAINT**

---

Plaintiff for its claims for relief, states and alleges that:

### General Allegations

1. Defendant Pilot Travel Centers LLC is a Delaware limited liability company with its principal offices located at 5508 Lonas Drive, Knoxville, Tennessee 37909, which does business in Minnesota with a registered agent address of 1010 Dale Street N., St. Paul, Minnesota 55117-5603.

2. Upon information and belief, Defendant Pilot Travel Centers LLC transacts business in the State of Minnesota, maintains a certificate of authority, and maintains a registered agent and office in accordance with Minnesota Statutes Chapter 303.

3. Upon information and belief, Defendant Pilot Travel Centers LLC operates five business locations within the State of Minnesota.

4. Plaintiff McFarland Truck Lines, Inc. is a Minnesota business corporation with a primary business address of 1304 16th Avenue NE, Austin, Minnesota 55912-3687.

5. August H. Schumm was at all relevant times an employee of Plaintiff McFarland Truck Lines, Inc. and resided at 26374 Lesueur Creek Road, Le Sueur, Minnesota 56058.

6. The Court has subject matter jurisdiction over this Complaint in accordance with Minn. Stat. § 484.01, subd. 1 (2025) and personal jurisdiction over the Defendant in accordance with Minn. Stat. § 543.19. Additionally, Defendant has consented to personal jurisdiction through its own acts including but not limited to its appointment of an agent for service of process in Minnesota.

7. On January 24, 2024, August Schumm was in the course and scope of his employment with McFarland Truck Lines and was a business invitee lawfully upon the premises of the Pilot Travel Centers LLC location at or near 968 Cassville White Rd NW, Cartersville, Georgia 30121

8. At the described place and time, August Schumm walked into the Pilot Travel Centers LLC truck stop when, by reason of the negligence of Defendant Pilot Travel Centers LLC in failing to maintain the property in a safe condition for users thereof, failing to remove water or other liquid, failing to warn of a hazardous and dangerous condition, and other such acts of negligence shall be proven, August Schumm was caused to fall.

9. As a result of the negligence of Defendant Pilot Travel Centers LLC, August Schumm, an employee of Plaintiff McFarland Truck Lines, Inc., was injured, has in the past and will in the future incur medical expenses, loss of wages and earning capacity, and other damages to be proven at trial in an amount greater than Fifty Thousand and no /100 ($50,000) Dollars.

10. As a result of Defendant Pilot Travel Centers LLC's negligent acts and August Schumm's resulting injuries, McFarland Truck Lines, Inc. paid, or had amounts paid on its behalf, Workers Compensation benefits pursuant to the Minnesota Workers' Compensation Act, to and

2

on behalf of its employee August Schumm in excess of Fifty Thousand and no /100 ($50,000) Dollars.

11.    Pursuant to Minn. Stat. § 176.061, McFarland Truck Lines, Inc. is subrogated to the rights of August Schumm to recover damages from Pilot Travel Centers LLC and is entitled to the amount of workers' compensation benefits paid and payable to or on behalf of August Schumm or his dependents, together with costs, disbursements, reasonable attorneys fees of the action, and other damages as allowed by Minn. Stat. 176.061.

## COUNT I – NEGLIGENCE

12.    Paragraphs 1–11 above are hereby incorporated by reference, as if fully set forth herein.

13.    The injuries to August Schumm were the result of the careless, reckless, and negligent conduct of Defendant in their failure to maintain the property in a safe condition for users thereof, failing to remove water or other liquid, failing to warn of a hazardous and dangerous condition, and other such acts of negligence shall be proven.

14.    As a direct and proximate result of Defendant's negligence, August Schumm sustained injuries and damages which are the responsibility of Defendant. Due to those injuries, Plaintiff was required to pay workers' compensation benefits and has paid and continues to pay benefits under Minnesota workers' compensation law.

15.    McFarland Truck Lines, Inc. paid, or had paid on its behalf, sums in excess of $50,000 in Minnesota workers' compensation benefits, and is subrogated to all amounts paid and payable to August Schumm or on his behalf as a result of this incident.

3

WHEREFORE, Plaintiff prays for judgment against the Defendant in an amount greater than fifty thousand dollars ($50,000), together with interest, costs, and disbursements incurred herein.

## ACKNOWLEDGMENT

The undersigned acknowledges that pursuant to Minn. Stat. § 549.211, the Court may award to any opposing party costs, disbursements and reasonable attorneys' fees and witness fees if the party represented by the undersigned, or the undersigned, acts in bad faith, asserts a claim or defense that is frivolous and costly to the other party, asserts an unfounded position solely to delay the proceedings, or harasses or commits a fraud upon the Court.

Dated: January 20, 2026

Lind, Jensen, Sullivan & Peterson
A Professional Association

Timothy P. Jung  #186156
Sean G. Kelly #0401531
Attorneys for Plaintiffs
901 Marquette Avenue South, Suite 1900
Minneapolis, Minnesota 55402
(612) 333-3637

4